IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER K. JONES,<br><br>        Petitioner,<br><br>  vs.<br><br>IVAN CLAY, et al.,<br><br>        Respondents.<br>_____/ | 1:07-CV-0513 OWW NEW (DLB) HC<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(DOCUMENT #5) |

      Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's prison trust account statement. Examination of these documents reveals that petitioner is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED. See 28 U.S.C. § 1915.

      IT IS SO ORDERED.

      Dated:   **May 8, 2007**                /s/ **Dennis L. Beck**
                                                               UNITED STATES MAGISTRATE JUDGE