UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER K. JONES, ) | 1:07-CV-00513 OWW NEW (DLB) HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| ) | [Doc. #10] |
| v. ) | |
| ) | ORDER DISMISSING PETITION FOR WRIT |
| ) | OF HABEAS CORPUS WITH LEAVE TO |
| IVAN D. CLAY, ) | AMEND |
| ) | |
| Respondent. ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On May 10, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED with leave to amend for failure to state a cognizable claim for relief. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

*novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued May 10, 2007, is ADOPTED IN FULL;

2. The petition for writ of habeas corpus is DISMISSED;

3. Petitioner is GRANTED thirty (30) days from the date of service of this order to file an amended petition in accordance with the Findings and Recommendation of the Magistrate Judge.

Petitioner is advised that failure to comply with the Court's order may result in dismissal of the action.

IT IS SO ORDERED.

**Dated:   July 21, 2007**                              **/s/ Oliver W. Wanger**
                                                        UNITED STATES DISTRICT JUDGE