UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER K. JONES, | ) | 1:07-CV-00513 OWW NEW (DLB) HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |
| v. | ) | |
| | ) | |
| IVAN D. CLAY, | ) | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 10, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED with leave to file an amended petition for failure to allege grounds that would entitle Petitioner to relief under 28 U.S.C. § 2254. Over thirty (30) days passed and no party filed objections. On July 23, 2007, the undersigned adopted the Findings and Recommendation in full and dismissed the petition. Petitioner was granted thirty (30) days to file an amended petition in accordance with the Findings and Recommendation. Petitioner was advised that failure to comply with the Order could result in dismissal of the action.

1  Over thirty (30) days have passed, and Petitioner has not responded to the Order in any
2 manner.
3  Accordingly, IT IS HEREBY ORDERED that:
4  1. The petition for writ of habeas corpus is DISMISSED;
5  2. The Clerk of the Court is DIRECTED to enter judgment and terminate the action.
6 IT IS SO ORDERED.
7 **Dated:     September 15, 2007**                              **/s/ Oliver W. Wanger**
                                                                         UNITED STATES DISTRICT JUDGE